UNITED STATES DISTRICT COURT

**FILED**

AUG 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CV5 10-2108 KJM PC

NATHAN SMITH
_____
(Name of Plaintiff)

vs.

H.A. RIOS, JR.
_____
ERIC H. HOLDER, JR.
_____

_____

(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER

BIVENS v. SIX UNKNOWN AGENTS
OF FEDERAL BUREAU OF
NARCOTICS
403 US 388 (1971)

* * * IMMINENT DANGER COMPLAINT * * *
PURSUANT TO
ANDREWS v. CERVANTES (2009 CA9 OAC)
493 F.3d. 1047; 2007 US APP LEXIS 15187

I.    **Previous Lawsuits**

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?    ☑Yes    ☐No

B. If your answer to A is yes, how many?  2  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff:  NATHAN SMITH

Defendants:  GARY HUTCHINS, ED TARVER

1

(Rev. 09/06)

2. Court (give name of District): _Southern District of Georgia_

3. Docket Number: _11 CA, 10 - 11440-I    (Pending Appeal)_

4. Name of judge to whom case was assigned: _J. Randal Hall_

5. Disposition   (For example: Was the case dismissed as frivolous or for failure to state a claim?   Was it appealed?   Is it still pending?):

_– Pending in the 11th Circuit at this time_

6. Approximate date of filing lawsuit: _November, 2009_

7. Approximate date of disposition: _N/A_

**II**   **Place of Present Confinement**: _USP - Atwater, CA._

A. Is there a prisoner grievance procedure available at this institution? ☑ Yes  ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint?
☑ Yes  ☐ No
If your answer is NO, explain why not: _Because of imminent danger_
_cannot wait for responses from regional director or insp. general._

C. Is the grievance process completed?   ☐ Yes  ☑ No

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?   ☑ Yes  ☐ No

If your answer is NO, explain why not: _____

**III**   **Parties to this Complaint**

A. Name of Plaintiff: _Nathan Smith_   Inmate No.: _29088-016_

Address: _#1 Federal Way, USP- Atwater, CA. 95301_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

2

(Rev. 09/06)

B. Defendant: _H.A. RIOS, JR._____ Official position: _WARDEN_
Place of employment: _ATWATER, CA. 95301   U.S. PENITENTIARY_

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the
Complaint.): _ERIC H. HOLDER, JR. , ATTORNEY GENERAL_
_____
_____
_____

## IV    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is
involved, including dates, places and other persons involved. <u>Do not give any legal
arguments or cite any cases or statutes.</u> If you allege a number of related claims, number
and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

_H.A. RIOS, JR. AND ERIC H. HOLDER, JR. IN THE_

_PERFORMANCE OF THEIR DUTIES AS EMPLOYEE AND HEAD OF_

_THE BUREAU OF PRISONS HAVE BOTH EFFECTIVELY PUT ME_

_IN IMMINENT DANGER BY ALLOWING MY LEGAL MAIL TO_

_BE OPENED OUTSIDE OF MY PRESENCE AND THE CONTENTS_

_DIVULGED TO THE INMATE POPULATION. ON JUNE 18, 2010_

_CYNTHIA TOTTEN, ESQ. - AN ATTORNEY FOR "JUSTDETENTION_

_INTERNATIONAL" SENT ME AN INFORMATIONAL PACKET DESIGNED_

_TO ASSIST RECENT PRISON RAPE VICTIMS. THE OUTSIDE OF_

_THE ENVELOPE CLEARLY MET EVERY PREREQUISITE OF THE_

_B.O.P TO BE HANDLED AS LEGAL MAIL. AFTER I FILED FOR_

_ADMINISTRATIVE REMEDY, THE WARDENS RESPONSE DATED JULY_

3

27, 2010 WAS BLATANT DENIAL AND INDIFFERENCE TO MY CLAIM

ABOUT THE RUMORS SURROUNDING ME. NOW, WHENEVER I WALK

TO THE CHOW HALL OR YARD THE COMMENTS ARE BECOMING LOUDER

AND LOUDER (B**CH N***A!, PUNK!, D**K SUCKER!) AND THE

LATEST TWIST IS THAT I AM A SNITCH BECAUSE I REPORTED THE

PERSON ABOUT THE SEXUAL ASSAULT. THIS INCIDENT HAS RUINED MY

SOCIAL STANDING IN THE PRISON COMMUNITY AND NOW HAS ME FEARING
FOR MY LIFE.

V.   **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

INJUNCTIVE RELIEF TO CHANGE ATWATER MAIL POLICY.

INJUNCTIVE MEASURES TO CHANGE MY CLASSIFICATION TO

A LOWER SECURITY MANAGEMENT

A JURY TRIAL TO DETERMINE COMPENSATORY AND

PUNITIVE DAMAGES.

A JURY TRIAL TO DETERMINE THE MERITS OF THIS COMPLAINT
AND TO FIND DEFENDANTS ACCOUNTABLE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2nd_ day of _AUGUST_, 20 _10_.

_Nathan final_

(Signature of Plaintiff)

4

(Rev. 09/06)

Cause No. _____

## ACKNOWLEDGMENT AND AUTHORIZATION

By choosing to bring a civil rights action, I acknowledge that I am responsible for payment of the full amount of the filing fee under 28 U.S.C. § 1915. I request and authorize the agency having custody of me to calculate, withdraw, and disburse funds from my inmate trust fund account in the amounts specified by 28 U.S.C. § 1915 (b). I understand the total filing fee which I am obligated to pay is $350.00. I also understand this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

_Aug. 2, 2010_
Date

_Signature of Applicant_

_Nathan Smith_               _29088-016_

Name of Applicant               Inmate No.
(As recognized by the Department of Corrections/
Correctional Facility in which you are incarcerated)

3

(Rev. 09/06)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: SMITH, NATHAN     29088-016     6-B     USP-ATWATER

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

### Part A– INMATE REQUEST

EARLIER THIS MONTH I WROTE A DETAILED LETTER TO AN ORGANIZATION THAT SPECIALIZES IN PRISON RAPE VICTIMS ADVOCACY. THE RETURN CORRESPONDENCE WAS MARKED "SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE" ON BOTH SIDES AND THE RETURN ADDRESS WAS FROM CYNTHIA TOTTEN, ESQ. - CA. ATTORNEY REGISTRATION # 199266. THE LETTER FOUND ITS WAY TO ME YESTERDAY. JUNE 23, 2010 BY THE OFFICER IN CHARGE OF OUR UNIT - OFC. WOULD COMPLETELY OPENED, AND WITH A PORTION OF THE CONTENTS PARTIALLY VISIBLE, I BELIEVE A PART OF THE SENSITIVE INFORMATION CONTAINED THEREIN WAS (COMPROMISED) AND HAS FOUND ITS WAY INTO THE INMATE POPULATION RUMOR MILL. I'VE NOTIFIED MEMBERS OF MY UNIT TEAM AND COMPLETED THE INFORMAL PROCESS. I REQUEST THAT THE ADMINISTRATION FIND PERSONS ACCOUNTABLE FOR THIS ERROR AND FIND A WAY TO INSURE AGAINST THE POSSIBILITY OF RE-OCCURRENCE. I ALSO WANT TO EXPLORE THE POSSIBLE WAYS TO RECOMPENSE CURRENT OR FUTURE DAMAGES THAT MAY RESULT FROM THIS PROCEDURAL GAFF.

JUNE 24, 2010
_____
DATE

_Nathan Smith_
_____
SIGNATURE OF REQUESTER

### Part B– RESPONSE

_____
DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 599503-F1

CASE NUMBER: _____

### Part C– RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN     PRINTED ON RECYCLED PAPER     BP-229(13)
APRIL 1982

**PART B – RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY**

**A/R #599503-F1**
SMITH, Nathan
Reg. No.: 29088-016

This is in response to your Request for Administrative Remedy dated June 24, 2010 in which you state your mail from Cynthia Totten, Esquire was not treated as Special Mail.

An investigation into your request has produced the following.  In accordance with Program Statement 5800.10 <u>Mail Management Manual</u>, Chapter 3, Section 305 states in part, the use of the title "Esquire" without additional indication of the sender's occupation does not establish the bearer as an attorney or legal aid supervisor.  Mail from individuals using the title "Esquire" as the exclusive identification of their status shall not be handled as special mail, even if the envelope contains some special mail markings.  However, use of the title "Esquire" after the sender's name, in addition to the same name being included in the return address of the law office, does sufficiently identify the sender as an attorney.

Based on the above information, your Request for Administrative Remedy is for informational purposes only.  If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____
H. A. Rios, Jr., Warden

JUL 2 7 2010
_____
Date



$ 002.92⁰

**Legal Mail:**
only in the
of the inmate

Nathan Smith, #29088-016
USP Atwater
1 Federal Way
Atwater, CA 95301

Cynthia Totten, Esq.
CA Attorney Registration #199266
3325 Wilshire Blvd., Suite 340
Los Angeles, CA 90010

Special Legal Mail:
Open only in the
presence of the inmate

3325 WILSHIRE BOULEVARD, SUITE 340   LOS ANGELES, CA 90010

P 213.384.1400  F 213.384.1411   www.JUSTDETENTION.org

**JUST DETENTION**
I N T E R N A T I O N A L

June 17, 2010

Nathan Smith, #29088-016
USP Atwater
1 Federal Way
Atwater, CA 95301

Dear Nathan:

Thank you for contacting Just Detention International. JDI is a human rights organization that seeks to end sexual abuse behind bars. I commend you for reaching out to us and sharing what you are going through. I am very sorry to hear about what happened to you and hope you will find the enclosed packet of information and resources helpful.

The feelings and behaviors you described in your letter are very normal reactions to sexual abuse and trauma, in general. It is possible you may be experiencing Post Traumatic Stress Disorder (PTSD). I was not sure from your letter if the sexual abuse you experienced was during your incarceration or prior to it. All of our materials are for people who have been sexually abused or assaulted behind bars, but I hope you will find them helpful even if the abuse occurred prior to being in custody. In particular, I encourage you to read *Hope for Healing*, a handbook for prisoner rape survivors, for information on common reactions to sexual assault and ways to cope.

From your letter, it sounds like you are doing everything you can to take care of yourself and to get the help you need to heal. You wrote that that the Psych. Dept. has not been responsive to you requests for help and that you would like an outside advocate to help you navigate the system. I am sorry to hear you have faced such barriers in your pursuit for assistance. Unfortunately, JDI does not have the resources to provide advocacy for each survivor who contacts us. If you feel comfortable doing so, I encourage you to contact any of the organizations listed on the enclosed *Resource Guide for Survivors of Sexual Abuse Behind Bars* for assistance. All of the organizations listed on the Resource Guide are willing to assist people who have been sexually abused in custody.

Sexual abuse behind bars, whether committed by staff or by another inmate, is a form of torture that violates international human rights law, the U.S. Constitution, and state law. This abuse can take many forms, including sexual harassment, threats of sexual violence, attempted rape, sexual assault, sexual slavery, sex in exchange for protection, and other forms of coerced or unwanted sexual contact. It can occur anytime someone is in custody, whether in adult prisons or jails, juvenile facilities, immigration detention centers or police lock-ups.

No matter what crime you may have committed, rape is not part of the penalty. You have the right to be free from sexual abuse.

JDI has three goals for its work: to hold the government accountable for sexual abuse in detention; to educate the public about prisoner rape; and to make sure that survivors of this kind of abuse get the help they need.

JDI is a policy organization and cannot provide counseling or legal representation for survivors. Here are some of the ways JDI can help:

- JDI provides survivors, their loved ones, and members of the public with information via mail, phone, email, and on the JDI website: www.justdetention.org.
- JDI posts survivor testimonies on its website and connects members of its Survivor Speakers List with journalists and policymakers to share their experiences.
- JDI provides a free copy of the *Resource Guide for Survivors of Sexual Abuse Behind Bars*, a list of local counseling, legal, and other support services, to each survivor who contacts us. The fifty-state Resource Guide is also available on JDI's website.
- JDI maintains a confidential database with information received from survivors. This database helps to document and understand the problem of sexual abuse behind bars.

Your story is important, and the information you have provided will help us to put an end to sexual abuse in detention.

JDI is currently in the process of updating our packet. To make sure that these Survivor Packets are useful and up-to-date, we would love your feedback. I have enclosed our current packet, along with a brief questionnaire.

After you review the packet, please fill out and return the enclosed survey, if you feel comfortable doing so. As someone who has experienced sexual abuse behind bars, you are an expert on what kinds of information and resources survivors of this kind of violence need after an assault.

We need your help to strengthen JDI's materials. I hope you will provide your honest feedback by completing the enclosed questionnaire. However, participation is completely voluntary. Whether or not you complete the survey will not affect your relationship with JDI.

Please return the completed survey to JDI as soon as possible, but no later than Friday, July 2nd.

Thank you again for contacting JDI.

Sincerely,

Christine Kregg
Survivor Outreach Associate


Enclosure

3325 WILSHIRE BOULEVARD, SUITE 340   LOS ANGELES, CA 90010

P  213.384.1400   F  213.384.1411   www.**JUSTDETENTION**.org

**JUST DETENTION**

I N T E R N A T I O N A L

# Resource Guide for Survivors of Sexual Abuse Behind Bars

## Support Services in Your State:

Just Detention International's "Resource Guide for Survivors of Sexual Abuse Behind Bars" is the first comprehensive guide to legal, counseling, and other support services for survivors who are still incarcerated, those who have been released, and loved ones on the outside who are searching for ways to help.

The resources in this guide are listed by state and divided into three sections: rape crisis centers and other support service providers; legal service organizations; and government agencies (such as the Inspector General or the Ombudsperson, etc.), where available.

JDI has directly contacted each organization listed in the Resource Guide in hopes of pointing survivors toward those currently accepting new clients. However, the inclusion of any group or individual in the Resource Guide does not necessarily constitute an endorsement or recommendation by JDI, nor can JDI guarantee the availability of the services described here.

We wish you the best as you embark on your path to healing.

**RAPE IS NOT PART OF THE PENALTY**

CERTIFICATE OF SERVICE

Case Name:  *NATHAN SMITH*  v. *RIOS, HOLDER*

Case No.:  _____

IMPORTANT:  You must send a copy of ALL documents filed with the
court and any attachments to counsel for ALL parties in this case.
You must also file a certificate of service with this court
telling us that you have done so.  You may use this certificate of
service as a master copy, and fill in the title of the document
you are filing. Please list below the names and addresses of the
parties who were sent a copy of your document and the dates on
which they were served.  Be sure to sign the statement below  You
must attach a copy of the certificate of service to each of the
copies and the copy you file with the court.

I certify that a copy of the  *COMPLAINT*
_____
(Name of document you are
filing (i.e., opening brief,
motion, etc.)

and any attachments was served, either in person or by mail, on
the persons listed below.

*Nathan Smith*
_____
Signature
Notary NOT required

<u>Name</u>

*H.A. RIOS JR.*

*ERIC H. HOLDER, JR.*

<u>Address</u>              <u>Date Served</u>

*#1 FEDERAL WAY, ATWATER CA. 95301*

*DEPT. OF JUSTICE  950 PENN. AVE, NW*
*WASHINGTON DC 20530*

8